1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CYNTHIA M. FREY (CABN 150571)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: cynthia.frey@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,    )    No. CR 12-0675 WHA
14                              )
         Plaintiff,              )
15                              )    STIPULATION AND [PROPOSED]
      v.                         )    ORDER EXCLUDING TIME FROM
16                              )    OCTOBER 17, 2012 TO OCTOBER 23,
   MILTON KAULULAAU,             )    2012 FROM CALCULATIONS UNDER
17                              )    THE SPEEDY TRIAL ACT
         Defendant.              )    (18 U.S.C. § 3161)
18                              )

19

20

21      The defendant, Milton Kaululaau, represented by Jai Gohel, Esq., and the government,

22 represented by Cynthia Frey, Assistant United States Attorney, appeared before the Honorable

23 Joseph C. Spero on October 17, 2012 for an appointment of counsel and detention hearing. The

24 defense requested that the detention hearing be continued to October 23, 2012. The Court

25 ordered that the detention hearing be continued to October 23, 2012.

26 //

27 //

28 //

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 12-0675 WHA

1   The parties agreed that time should properly be excluded under the Speedy Trial Act
2   between October 17, 2012 and October 23, 2012 due to delay resulting from any pretrial motion,
3   in this case the government's motion for detention, pursuant to 18 U.S.C. § 3161(h)(1)(D).

5   SO STIPULATED:

6                                               MELINDA HAAG
                                                United States Attorney

8   DATED: October 18, 2012                        /S/
                                                CYNTHIA M. FREY
9                                               Assistant United States Attorney

11  DATED: October 18, 2012                        /S/
                                                JAI GOHEL
12                                              Attorney for MILTON KAULULAAU

14      Therefore, IT IS HEREBY ORDERED that the time between October 17, 2012 and
15  October 23, 2012 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C.
16  § 3161(h)(1)(D).

19  DATED:  10/22/12
                                                HONORABLE [Judge Joseph C. Spero]
20                                              United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 12-0675 WHA                                  -2-