1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CYNTHIA M. FREY  (CABN 150571)
   Assistant United States Attorney
5       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
6       Telephone:  (415) 436-7200
        Fax: (415) 436-7234
7       E-Mail: cynthia.frey@usdoj.gov

8  Attorneys for the United States of America

9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,          )    No. CR 12-0675 WHA
14                                     )
                                       )
15      v.                             )    STIPULATION AND [PROPOSED]
                                       )    ORDER EXCLUDING TIME FROM
16  MILTON KAULULAAU,                  )    OCTOBER 23, 2012 TO DECEMBER 4,
                                       )    2012 FROM CALCULATIONS UNDER
17      Defendant.                     )    THE SPEEDY TRIAL ACT
   _____)    (18 U.S.C. § 3161)
18

19

20

21      The defendant, Milton Kaululaau, represented by Randy Sue Pollack, Esq., for Jai Gohel,

22  Esq., and the government, represented by Cynthia Frey, Assistant United States Attorney,

23  appeared before the Honorable William Alsup on October 23, 2012 for a status conference.  The

24  defense requested and the Court ordered a continuance to December 4, 2012, for a change of plea

25  or trial setting.

26      The parties agreed that time should be excluded under the Speedy Trial Act between

27  October 23, 2012 and December 4, 2012 for purposes of continuity of counsel and effective

28  preparation of counsel, in order to provide defense counsel with adequate time to review the

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 12-0675 WHA

1    discovery, conduct additional investigation, and consult with the defendant.  In addition, the

2    defendant agrees to exclude for this period of time any time limits applicable under 18 U.S.C. §

3    3161.  The parties represent that granting the continuance, is necessary for continuity of defense

4    counsel and effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

5    3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such a

6    continuance outweigh the best interests of the public and the defendant in a speedy trial.  18

7    U.S.C. § 3161(h)(7)(A).

8

9

10   SO STIPULATED:

11                                                    MELINDA HAAG
                                                     United States Attorney
12

13   DATED: November 5, 2012              _____/S/_____
14                                                    CYNTHIA M. FREY
                                                     Assistant United States Attorney
15

16

17   DATED: November 5, 2012              _____/S/_____
18                                                    JAI GOHEL
                                                     Attorney for MILTON KAULULAAU
19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 12-0675 WHA                          -2-

1   Based upon the representation of counsel and for good cause shown, the Court finds that

2   failing to exclude the time between October 23, 2012 and December 4, 2012 would unreasonably

3   deny the defendant continuity of counsel and would deny counsel the reasonable time necessary

4   for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.

5   § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time

6   between October 23, 2012 and December 4, 2012 from computation under the Speedy Trial Act

7   outweigh the best interests of the public and the defendant in a speedy trial.

8

9   Therefore, IT IS HEREBY ORDERED that the time between October 23, 2012 and

10   December 4, 2012 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C

11   §§ 3161(h)(7)(A), and 3161(h)(7)(B)(iv).

12

13

14   DATED: ___November 6, 2012._____



15   Judge William Alsup

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 12-0675 WHA                              -3-