IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MILTON KAULULAAU,

    Defendant.

No. CR 12-00675 WHA

**REQUEST FOR RESPONSE FROM THE PUBLIC DEFENDER'S OFFICER**

    Defendant Milton Kaululaau has requested the appointment of counsel to assist him in filing a motion to reduce his sentence. The Federal Public Defender's Office is hereby requested to respond as to whether defendant should be appointed counsel for this purpose by **JULY 27, 2015.**

Dated: July 6, 2015.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE