1    STEVEN G. KALAR
     Federal Public Defender
2    SHILPI AGARWAL
     Assistant Federal Public Defender
3    450 Golden Gate Avenue
     San Francisco, CA 94102
4    Telephone:    415.436.7700
     Facsimile:    415.436.7706
5    Email:        Shilpi_Agarwal@fd.org

6    Counsel for Defendant Milton Kaululaau

7

8

9                       IN THE UNITED STATES DISTRICT COURT

10                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                              OAKLAND DIVISION

12   UNITED STATES OF AMERICA                    No. CR 12-00675-001 WHA

13                Plaintiff,

14        v.                                     **STIPULATION AND [PROPOSED]
                                                 ORDER REGARDING SENTENCE
15   MILTON KAULULAAU,                           REDUCTION UNDER U.S.S.G. § 1B1.1(b)
                                                 AND AMENDMENT 782**
16                Defendant.

17

18

19        **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting

20   through their respective counsel, that:

21   1.    Defendant is making an unopposed motion for modification of his sentence pursuant to

22        18 U.S.C. § 3582(c)(2).

23   2.    Defendant's original guideline calculation was as follows:

24        Total Offense Level: 25

25

26        Criminal History Category:  IV

27        Guideline Range: 84 to 105 months

28

*3582 STIP,* CR 12-675  WHA
DEF. KAULULAAU                          1

Mandatory Minimum: 60 months

3.    Defendant was sentenced to 78 months imprisonment on April 2, 2013.

4.    According to the Bureau of Prisons, Defendant's current projected release date is June 3, 2018.

5.    Effective November 1, 2014, this Court may order a modification in defendant's sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 782, to the United States Sentencing Guidelines Manual.

6.    Defendant's revised guideline calculation is as follows:

Total Offense Level: 23

Criminal History Category: IV

Guideline Range: 70 to 87 months

Mandatory Minimum: 60 months

7.    The parties have no reason to dispute the Sentence Reduction Investigation Report submitted to the Court by the Probation Office.

8.    Based upon the foregoing, the parties hereby stipulate that the Court may enter an order **reducing Defendant's total term of custody to 70 months,** effective November 1, 2015.

9.    The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

10.   Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2), and *United States v. Booker*, 543 U.S. 220 (2005).

11.   Defendant waives his right to appeal the district court's sentence.

*3582 STIP,* CR 12-675  WHA
DEF. KAULULAAU                                    2

12.     Accordingly, the parties agree that an amended judgment in accordance with this

stipulation may be entered by the Court in pursuant to 18 U.S.C. § 3582(c) and USSG §

1B1.10(b)(1), Amendment 782 of the Sentencing Guidelines Manual.  A Sentencing

Reduction Investigation Report and a proposed amended judgment will be submitted to

the Court.


IT IS SO STIPULATED.


July 6, 2015                                                    /s/
_____                 _____
DATED                                                 MELINDA L. HAAG
                                                          United States Attorney
                                                          J. DOUGLAS WILSON
                                                          Assistant United States Attorney
                                                          Northern District of California


July 6, 2015                                                    /s/
_____                 _____
DATED                                                 STEVEN G. KALAR
                                                          Federal Public Defender
                                                          SHILPI AGARWAL
                                                          Assistant Federal Public Defender
                                                          Northern District of California


IT IS SO ORDERED.


 July 7, 2015._____     _____
DATED                                                 William Alsup
                                                          United States District Judge


*3582 STIP*, CR 12-675  WHA
DEF. KAULULAAU                                      3