AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MILTON KAULULAAU | ) | Case No: 0971 3:12CR00675-001 WHA |
| | ) | USM No: 17669-111 |
| Date of Original Judgment: 04/03/2013 | ) | |
| Date of Previous Amended Judgment: | ) | Shilpi Agarwal (AFPD) |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 78 months **is reduced to** 70 months* .

*(Complete Parts I and II of Page 2 when motion is granted)*

*this term consists of 70 months on each of Counts One through Four, and 60 months on Count Five, all counts to be served concurrently.

Except as otherwise provided, all provisions of the judgment dated 04/03/2013 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 07/08/2015

*Judge's signature*

Effective Date:
*(if different from order date)*

William Alsup, United States District Judge
*Printed name and title*